# UNITED STATES DISTRICT COURT OF OHIO

FILED

OCT 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Theo Stubbs
Plaintiff

v

Correction Officer Harrison
et al.
Defendants

Civil Action No.:

**1: 25 CV 02203**

**JUDGE CALABRESE**

MAG. JUDGE SHEPERD

## Complaint

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law of, rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C 2283 and 2284 and Rule 65 of the Federal Rules Of Civil Procedures.

2. The United States District Court of Ohio is an appropriate venue under 28 U.S.C Section 1391 (b)(2), because it is where the events giving rise to the claim occurred.

3. Plaintiff, Stubbs was at all times mentioned herein a detainee of the State

of Ohio in the custody of Cuyahoga County Correction Center. He is currently confined in Noble Correctional Institution in Caldwell, Ohio.

4. Defendant Henry is the Warden of the Cuyahoga County Correction Center. She is responsible for the operations of the facility, and the

5. Defendant, Harrison is a corrections officers of the Cuyahoga County Correction Center. He is legally responsible of the daily operations of the housing unit he is stationed to, and the welfare of the inmates on the unit. Who at all times mentioned in this complaint, held the rank of unit officer and was assigned to the Cuyahoga County Correction Center.

6. Defendant, Krotzer is/was a corrections officer of the Cuyahoga County Correction Center. He is legally responsible of the daily operations of the housing unit he is stationed to, and the welfare of the inmates on the unit. Who at all times mentioned in this complaint, held the rank of a

unit officer of the facility.

7. Defendant, Jordan is a corrections officer of Cuyahoga County Correction Center, who at all times mentioned in this complaint, held the rank of unit officer of the facility.

8. Each defendant is sued individually and in his/her official capacity. At all times mentioned in the complaint each defendant acted under color of state law.

9. At all times mentioned in this case, Plaintiff Stubbs was housed at 10F Cell 2 Jail 1, then switched to 10E Cell 12 Jail 1 in May 2024.

10. On March 19, 2024 at 8:59 pm I was walking to my cell for lock up, when C/O Harrison smashed me in the cell door, soon as I stepped foot in cell. I then asked for medical attention for my shoulder. At first he denied me medical attention, until multiple inmates said he had to call medical for about 20 minutes. Then he finally called medical, and it took medical an hour to get to me. They checked my vitals and scheduled an appointment for an X-Ray that I

never recieved. I do believe it happened in retaliation for a grievance/kite I wrote on him for his misconduct.

11. On March 28, 2024 at 10:55am I was on the phone talking to my family, when C/O Krotzer told everybody to lockdown due to an altercation with another inmate. I hung up the phone and headed to my cell. Once I stepped foot in the cell Krotzer purposely smashed me in the cell door. I hit my head and became dizzy. I asked for medical and he denied it to me, and stated I will be alright. Then about 6 Corporal's came into the unit. I asked Corporal Chapman to call medical. She asked me why and I explained to her what happened. She then called medical. They came as before and checked my vitals, scheduled another xray for April 11, 2024. Then the appointment had gotten erased out the system, and I was never given an xray.

12. On July 3, 2024 at approximately 9:00pm I was heading to my cell 12 on 10E Jail 1, where C/O Jordan shut me out my cell. I ask him to reopen my door, so I could go in my cell. He then opened the door, soon as I step foot in

cell he closes the door on me smashing me in the door, not once but twice. I asked what's his problem. He stated that he'll do it again, if I don't move faster next time. He then denied me medical attention. I stated that I'd write a grievance, and asked for his name. He then stated "J.O.R.D.A.N and go on ahead he don't care". I wrote the grievance stating what happened and Corporal Bailey responded letting me know it will be addressed, and sent medical to see me. Again my vitals were checked and an Xray for July 15, 2024 was scheduled. I was in severe pain and couldn't sleep on my left side.

13. Upon information and belief, the C/o's are suppose to wait for inmates to be secured in cells before closing the doors. That they are not suppose to purposely smash inmates in the doors, speak to them as they're not human, nor are the suppose to retaliate against an inmate for any reason.

14. The deliberate indifference to medical needs, retaliation and

unsafe conditions violate Stubbs rights.

15. By Plaintiff exercising his first amendment right of the United States Constitution, he has been retaliated upon by both Knotzer and Harrison, for grievances filed due to their misconduct.

16. Plaintiff, Stubbs has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff, Stubbs has been and will continue to be irreparably injured by the conduct of the defendants unless the court grants the declaratory and injunctive relief the Plaintiff seeks.

Wherefore, Plaintiff respectfully prays that this court enter judgement.

17. Grant, Plaintiff Stubbs a declaration that the acts and omissions described herein violates his rights under the Constitution and laws of the United States.

18. A preliminary and permanent injuction ordering the defendants from further

toward Stubbs or any other inmate.

19. Plaintiff, Stubbs seeks compensatory damages in the amount of 100,000 jointly and severally, against each defendant.

20. Punitive damages in the amount of 50,000 against each defendant, and nominal damages in the amount of 75,000 against each defendant.

21. Plaintiff seek a Jury Trial on all issues triable by Jury.

22. Plaintiff also seeks recovery of the cost in this suit and any additional relief this court deems just, proper and equitable.

Date: 9-12-25

Respectfully Submitted,
Theo Stubbs 820129
Noble Correctional Institution
15708 McConnelsville Rd
Caldwell, Ohio 43724