In The United States District Court For The
(A)

| Theo Stubbs | Civil Action No.: |
|---|---|
| Plaintiff | |
| V. | |
| Correction Officer Jordan et al. | |
| Defendant | |

__Summons__

To The Above Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is 15708 McConnelsville Rd Caldwell, Ohio 43724 an answer to the complaint which is here with served upon, within 20 days after service, or 60 days if the U.S Government or officer/agent therefore is a defendant. If you fail to do so, judgement by default will be taken against you for relief in the complaint.

Clerk of Courts

Date: _____

In the United States District Court For The (A)

Theo Stubbs
Plaintiff

V.

Warden Henry et al.
Defendant

Civil Action No.:

Summons

To The Above Defendants:
You are hereby summoned and required to serve upon plaintiff, whose address is 15708 McConnelsville Rd Caldwell, Ohio 43724, an answer to the complaint which is here with served upon, within 20 days after service, or 60 days if the U.S Government or officer/agent therefore is a defendant. If you fail to do so, judgement by default will be taken against you for relief demanded in the complaint.

Clerk of Courts
Date: _____

In The United States District Court For The
(A)

Theo Stubbs

Plaintiff

    V.

Correction Officer Krotzer et al.

Defendant

Civil Action No.:

Summons

To The Above Defendants:
You are hereby served and required to serve upon plaintiff, whose address is 15708 McConnelsville Rd Caldwell, Ohio 43724, an answer to the complaint which is here with served upon, within 20 days after service, or 60 days if the U.S Government or officer/agent therefore is a defendant. If you fail to do so, judgement by default will be taken against you for relief demanded in the complaint.

Clerk of Courts

Date: _____

In The United States District Court For The
(A)

Theo Stubbs
Plaintiff

v.

Correction Officer Harrison et al.
Defendant

Civil Action No.:

Summons

To The Above Defendants:
You are hereby summoned and required to serve upon plaintiff, whose address is 15708 McConnelsville Rd Caldwell, Ohio 43724, an answer to the complaint which is here with served upon, within 20 days after service, or 60 days if the U.S. Government or officer/agent therefore is a defendant. If you fail to do so, judgement by default will be taken against you for relief demanded in the complaint.

Clerk of Courts
Date: _____