Theo Stubbs #820129
N.C.I
15708 McConnelsville Rd
Caldwell, Ohio 43724



US POSTAGE
CORRECTION
ZIP 43724  $ 002.44⁰
02 7W
0000039542 OCT 02 2025

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830