# CERTIFICATE

## (To be completed by the institution of incarceration)

I certify that the applicant named herein ha the sum of $ _81.82_ on account to

his/her credit at (name of institution) Nobu Correctional Institution . I further

certify that during the past six months the applicant's average monthly balance was

$ _5.99_ and the applicant's average monthly deposits were $ _67.83_ . I

have attached a certified copy of the applicant's prison trust fund account statement showing at

least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s) such

as a certificate of deposit or savings bond. The secondary account(s) balance is

$ _N/A_ .


_9/16/25_
-DATE- SIGNATURE OF AUTHORIZED OFFICER

8