# Noble Correctional Institution

## Inmate Demand Statement (Summary)

Inmate Name: **STUBBS, THEO**     Number: A820129

Lock Location: NCI,C1,E,,,94

Date Range: 03/16/2025   Through       09/17/2025

Beginning Account Balances:                    Ending Account Balances:

| | Saving | Debt | Payable | | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Medical Co-Pa | $0.00 | $0.00 | $2.00 | Medical Co-Payme | $0.00 | $0.00 | $0.00 |
| Pos Exemption | $15.00 | $0.00 | $0.00 | Pos Exemption | $0.00 | $0.00 | $0.00 |
| Inmate's Perso | $4.45 | $0.00 | $0.00 | Inmate's Personal | $21.82 | $0.00 | $0.00 |
| **Begin Totals** | **$19.45** | **$0.00** | **$2.00** | **End Totals** | **$21.82** | **$0.00** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 03/17/2025 NCI | ($17.48) | Commissary Sale | Ticket Number 967960 | $1.97 | $0.00 | $2.00 |
| 04/01/2025 NCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $1.97 | $0.00 | $2.00 |
| 04/04/2025 NCI | $18.00 | State Pay | State Pay | $19.97 | $0.00 | $2.00 |
| 04/09/2025 NCI | ($2.00) | Payment to Medical Co-Pay Fund | Med. Co-Pay March 2025 | $19.97 | $0.00 | $0.00 |
| 04/09/2025 NCI | ($3.90) | Copy Charges | | $16.07 | $0.00 | $0.00 |
| 04/14/2025 NCI | ($8.80) | Commissary Sale | Ticket Number 971865 | $7.27 | $0.00 | $0.00 |
| 05/01/2025 NCI | $0.00 | $8.80 Reservation to Pos Exemption | Odrc Pos Exemption | $7.27 | $0.00 | $0.00 |
| 05/02/2025 NCI | ($2.04) | Postage Charges (USPS) | | $5.23 | $0.00 | $0.00 |
| 05/06/2025 NCI | ($2.00) | Copy Charges | | $3.23 | $0.00 | $0.00 |
| 05/09/2025 NCI | $18.00 | State Pay | State Pay | $21.23 | $0.00 | $0.00 |
| 05/15/2025 NCI | $71.00 | OffConnect Kiosk Deposit | 22339917603750/Wright, Hali | $92.23 | $0.00 | $0.00 |
| 05/15/2025 | ($81.88) | Commissary Sale | Ticket Number 975110 | $10.35 | $0.00 | $0.00 |

| NCI | | | | | |
|---|---|---|---|---|---|
| 05/19/2025 | ($2.04) Postage Charges (USPS) | | $8.31 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/01/2025 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $8.31 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/03/2025 | ($2.04) Postage Charges (USPS) | | $6.27 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/05/2025 | $58.00 OffConnect Kiosk Deposit | 22386801577510/Wright, Hali | $64.27 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/05/2025 | ($57.46) Commissary Sale | Ticket Number 977404 | $6.81 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/06/2025 | $18.00 State Pay | State Pay | $24.81 | $0.00 | $0.00 |
| NCI | | | | | |
| 06/13/2025 | ($18.92) Commissary Sale | Ticket Number 978820 | $5.89 | $0.00 | $0.00 |
| NCI | | | | | |
| 07/01/2025 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $5.89 | $0.00 | $0.00 |
| NCI | | | | | |
| 07/03/2025 | $18.00 State Pay | State Pay | $23.89 | $0.00 | $0.00 |
| NCI | | | | | |
| 07/07/2025 | ($18.54) Commissary Sale | Ticket Number 981203 | $5.35 | $0.00 | $0.00 |
| NCI | | | | | |
| 07/23/2025 | ($1.90) Postage Charges (USPS) | | $3.45 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/01/2025 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $3.45 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/11/2025 | $18.00 State Pay | State Pay | $21.45 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/11/2025 | ($2.00) Copy Charges | | $19.45 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/14/2025 | ($15.59) Commissary Sale | Ticket Number 986700 | $3.86 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/18/2025 | ($0.29) Postage Charges (USPS) | | $3.57 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/18/2025 | ($2.17) Postage Charges (USPS) | | $1.40 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/22/2025 | $50.00 OffConnect Kiosk Deposit | 22470904308131/benson, jeffery | $51.40 | $0.00 | $0.00 |

NCI

| Date | Transaction | Reference | Balance | | |
|---|---|---|---|---|---|
| 08/22/2025 | ($38.75) Commissary Sale | Ticket Number 988194 | $12.65 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/22/2025 | ($1.40) Commissary Sale | Ticket Number 988199 | $11.25 | $0.00 | $0.00 |
| NCI | | | | | |
| 08/27/2025 | ($2.17) Postage Charges (USPS) | | $9.08 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/01/2025 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $9.08 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/05/2025 | $18.00 State Pay | State Pay | $27.08 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/08/2025 | ($24.95) Commissary Sale | Ticket Number 989288 | $2.13 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/14/2025 | $100.00 OffConnect Kiosk Deposit | 22495275757477/benson, jeffery | $102.13 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/14/2025 | $20.00 OffConnect Kiosk Deposit | 22495287297445/Brown, Traibiyah | $122.13 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/16/2025 | ($95.41) Commissary Sale | Ticket Number 990952 | $26.72 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/16/2025 | ($3.00) Copy Charges | | $23.72 | $0.00 | $0.00 |
| NCI | | | | | |
| 09/16/2025 | ($1.90) Postage Charges (USPS) | | $21.82 | $0.00 | $0.00 |
| NCI | | | | | |