**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| THEO STUBBS, ) | Case No. 1:25-cv-2203 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge Reuben J. Sheperd |
| ) | |
| WARDEN HENRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Plaintiff did not provide a summons or USM form for service on each Defendant. The Court will provide blank summonses and USM forms for his use. The Court directs Plaintiff to provide complete and legible summonses and USM forms for each Defendant and all information needed for the U.S. Marshal to serve Defendants to allow service by the deadline the Court set.

**SO ORDERED.**

Dated: October 27, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio