Theo Stublo 820129
N.C.I
15708 McConnelsville Rd
Caldwell, Ohio 43724

COLUMBUS OH 430
28 OCT 2025 PM 6 L

FOREVER / U

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B Stokes United States Court Hous
801 West Superior Ave.
Cleveland, Ohio 44113

44113-182999