Theo Stubbs 820129
N.C, I
15708 McConnelsville RD
Caldwell, OH 43724


US POSTAGE
$002.17°
NOV 04 2025

Office of the Clerk
United States District Court
Northern District of OHio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

CV3