**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED

NOV 1 9 2025  1 2 03

U.S. MARSHALS SERVICE
NORTHERN OHIO DISTRICT

| PLAINTIFF Theo Stubbs | COURT CASE NUMBER 1:25-CV-2203 |
|---|---|
| DEFENDANT Warden Henry | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Henry |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 1215 West 3rd ST. Cleveland, OH 44113 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Theo Stubbs NC I 15708 McConnelsville Rd Caldwell, OH 43724 | Number of process to be served with this Form 285  1 |
| | Number of parties to be served in this case  4 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Cuyahoga County Correction Center
1215 West 3rd ST.
Cleveland, OH 44113

**FILED**

NOV 21 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| Signature of Attorney other Originator requesting service on behalf of: Theo Stubbs Pro Se | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER — | DATE 11/4/25 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 11/19/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 11/20/25 | Time 9:15 | ☒ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Sent via FedEx. Signed for by S. Smith

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

**RECEIVED**

**NOV 1 9 2025** 1 2 03

**U.S. MARSHALS SERVICE**
**NORTHERN OHIO DISTRICT**

)
)
)
)
)
)

Theo Stubbs
_____
*Plaintiff(s)*

v.

Warden Henry
_____
*Defendant(s)*

)
)
)
)
)
)
)

Civil Action No. 1: 25-CV-02203

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

M. Henry
1215 West 3rd St.
Cleveland, OH 44113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT CHRISTIAN CAPECE*

Date: 11/4/25



/s/ Angela Yesiolowski
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Warden Michelle Henry___

was received by me on *(date)* ___11/19/2025___ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

&#9635; Other *(specify):*
___Sent via FedEx. Signed for by S. Smith.___

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___11/20/2025___

_____
Server's signature

___Jeffrey P. Oleksiak, Investigative Analyst___
Printed name and title

___801 W. Superior, Cleveland, OH___
Server's address

Additional information regarding attempted service, etc:

**FedEx** ®

November 20, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 886200054323

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.Smith | **Delivery Location:** | 1215 W 3RD STDEPT 3 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | CLEVELAND, OH, 44113 |
| | | **Delivery date:** | Nov 20, 2025 09:15 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 886200054323 | **Ship Date:** | Nov 19, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Warden Michelle Henry, Cuyahoga County Jail
1215 West 3rd Street
CLEVELAND, OH, US, 44113

**Shipper:**
Jeffrey Oleksiak, United States Marshals Service
801 W SUPERIOR AVE
CLEVELAND, OH, US, 44113



Thank you for choosing FedEx