In The United States District Court For The (A)

Theo Stubbs

Plaintiff

V

Warden Henry et al.

Defendant

Civil Action No: 1:25-CV-02203

Judge: Calabrese

Mag. Judge: Sheperd

FILED

DEC 0 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C 1915 (e)(1) plaintiff moves for an order appointing counsel to represent him in this case.

In Support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He is requesting to proceed In Forma Pauperis.

2. Plaintiff's imprisonment will greatly limit to litigate. The issues involved in this case are complex and will require significant research and investigative video footage. Plaintiff has limited access to law library and limited knowledge of law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enables plaintiff to present evidence and cross examine witnesses.

Wherefore, plaintiff request that the courts appoint Kevin Hulick of SPANGENBERG SHIBLEY & LIBER LLP at 1001 Lakeside Avenue East

Suite 1700
Cleveland, OH 44114