Ohio Stubbs 820129
N.C.I
15708 McConnelsville Rd
Caldwell, Ohio 43724

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

COLUMBUS OH 430
5 DEC 2025 PM 6

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 43724  $ 000.74⁰
02 7W
0008039542 DEC. 05. 2025

Office of the Clerk
United States District Court of Ohio
Northern District of Ohio
Carl B. Stokes Court House
801 West Superior Avenue
Cleveland, Ohio  44113-1830

44113-182999