**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THEO STUBBS, | ) | Case No. 1:25-cv-2203 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| MICHELLE HENRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Under 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the Federal Rules of Civil Procedure, and Local Rule 72.1, the Magistrate Judge may hear and decide all pretrial matters not dispositive of any party's claim or defense and, when appropriate, issue a written order stating the decision.  Therefore, the Court **REFERS** this matter to Magistrate Judge Reuben J. Sheperd to handle all pretrial matters, except the Magistrate Judge need not prepare a report and recommendation on any dispositive motions.  The parties will receive further instructions from Judge Sheperd's Chambers.

 **SO ORDERED.**

Dated:  December 11, 2025

_____
 J. Philip Calabrese
 United States District Judge
 Northern District of Ohio