## ATTACHMENT B

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OHIO
#### EASTERN    DIVISION

|  |  |
|---|---|
|  | ) Case No. |
|  | ) |
| Plaintiff. | ) JUDGE |
|  | ) |
| v. | ) MAGISTRATE JUDGE REUBEN J. SHEPERD |
|  | ) |
|  | ) **PRELIMINARY** |
|  | ) **ESTIMATE/BUDGET OF AMOUNT OF** |
| Defendants. | ) **FEES AND EXPENSES** |
|  | ) |

The following is a preliminary estimate and/or budget of the  Defendants'

anticipated to be the subject of a claim in this case.

| **Attorney's Fees** | | **Costs** | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $ | Deposition | $ |
| Procedural Motions Practice | $ | Experts | $ |
| Discovery | $ | Witness Fees | $ |
| Dispositive Motions Practice | $ | Juror Fees | $ |
| Settlement Negotiations | $ | Other | $ |
| Trial | $ | | |
| **TOTAL FEES** | $ | **TOTAL COSTS $** | $ |