Theo Stubbs #020124
N.C.I
15708 McConnelsville Rd
Caldwell, Ohio 43724



US POSTAGE PITNEY BOWES
CORRECTION
ZIP 43724 $ 002.17⁰
02 7W
0008039542 FEB 11 2026

CALDWELL OHIO
FEB 11 2026
43724-USPS

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830