CCCC00139

## Cuyahoga County Corrections Center
## Inmate Grievance/Appeal Form

### Name: THEO STUBBS     SO #: 0284069

### Housing Unit: J1-10-E-12-T

Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):

07/02/2024 21:13:20

At approximately 9:00 I was walking to my cell and CO Jordan closed me out my cell, then he reopened it and once I took one step I'm he closed it on my back twice open close open close open. I was finally in my cell and asked him what's his name, he told me. I asked him to call medical and he told me no with arrogance. This is the third time a CO smashed le in my door, which is unacceptable unethical and unprofessional.

Response to Grievance:

07/03/2024 16:42:02

Be advised that I spoke with medical and was informed that you have not mentioned any injury to the med cart nurse. An appointment has been set for you to be seen and I will forward your complaint to the floor corporal.

Respondants Name: Corporal Bailey                    Date: 07/03/2024

Inmates Appeal: (Must be completed within 7 days upon receipt of written response to your grievance):

07/03/2024 18:29:44

I haven't talked to the cart nurse die to being sleep when med cart came. Thank you for you assistant!

Response to Appeal
Upheld: ☐
Granted: ☐
Response to Appeal:

Appeal Respondents Signature: _____     Date: 07/02/2024

CCCC00118

# Cuyahoga County Corrections Center
## Inmate Grievance/Appeal Form

### Name: THEO STUBBS      SO #: 0284069

### Housing Unit: J1-10-F-02-B

Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):

03/21/2024 20:52:50

On the 19th approximately between 8:55 - 9:00 CO Hanson smashed me in the door of my cell as I was entering to lock down for the night, hurting my left shoulder. I had to use my body weight to push open the door. I asked him what was wromwith him Anne turned his face up like he did it on purpose. Then I asked him for his name so I can write a grievance and he wouldn't give it to me or let me write the grievance. I didn't learn his name until the following day.

03/28/2024 10:34:09

I was taken to Imedical just had vitals taken. Still waiting for exrays

Response to Grievance:

03/27/2024 13:21:56

I spoke to Medical who advised you were seen on 3/22 by Dr. Cohen regarding this issue.

Respondants Name: Sgt. Lawler                    Date: 03/27/2024

CCCC00120

# Cuyahoga County Corrections Center
# Inmate Grievance/Appeal Form

## Name: THEO STUBBS    SO #: 0284069         Housing Unit: J1-10-F-02-B

Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):
03/29/2024 7:24:55

Yesterday at approximately 10:55 Officer Krotzer smashed me in the door. When I asked for medical attention he told me no and that I will be alright. It took for corporal chatlan to call medical for me. I'm starting to feel unsafe like I'm being retaliated upon due to grievances I've wrote on the CO Krotzer and Hanson. Its not a coincidence 2 different CO's smashed me in the doors not even 10 days apart. First on the 19th and then the 28th. Its all on camera.

Response to Grievance:
03/31/2024 13:40:07

Upon review of the overhead camera it shows you continuing to stand in the way of the door both prior to and during the door moving while looking directly towards the officer. I would recommend you remain out of the way of all doors within the facility whether they are in motion or not to prevent these issues from occurring in the future.

Respondants Name: Sgt. Lawler                          Date: 03/31/2024

Inmates Appeal: (Must be completed within 7 days upon receipt of written response to your grievance):
03/31/2024 14:17:04

I wasn't standing in the doorway I was stuck in the door and had to push it open myself from continued to be smashed. I think you may neeto review the camera again due to what your saying is false. I was stepping in my cell not standing. So don't try to cover up for your officers, due to my lawyer will be to subpoena those camera footage

Response to Appeal
Upheld: ☐
Granted: ☐
Response to Appeal:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Appeal Respondents Signature:_____          Date: 03/29/2024

CCCC00119

# Cuyahoga County Corrections Center
# Inmate Grievance/Appeal Form

## Name: THEO STUBBS    SO #: 0284069          Housing Unit: J1-10-F-02-B

Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):
03/28/2024 10:31:10
Soon as officer Krotzer cole to the unit he starts to antagonize all the inmates on the unit. I don't feel safe with him working the pod. He makes it unsafe and hasttle environment staff and inmates

Response to Grievance:
03/31/2024 12:50:15
As that officer works a different shift, I would advise you and whomever else can verify your allegations.

Respondants Name: Sgt. Lawler                    Date: 03/31/2024

Inmates Appeal: (Must be completed within 7 days upon receipt of written response to your grievance):
03/31/2024 14:24:28
Its already been verified once you reviewed the camera footage from him smashing me in my cell door. Nice try with that one trying to cover up for your officer. My lawyer will be in touch. Also if he works a different shift than how did you see him on camera smashing me in the cell door. Explain that!

Response to Appeal
Upheld: ☐
Granted: ☐
Response to Appeal:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Appeal Respondents Signature:_____    Date: 03/28/2024

CCCC00117

# Cuyahoga County Corrections Center
## Inmate Grievance/Appeal Form

<u>Name:</u> **THEO STUBBS**     <u>SO #:</u> **0284069**          <u>Housing Unit:</u> **J1-10-F-02- B**

<u>Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):</u>

03/20/2024 7:21:33

Last night at approximately between 8:55 & 9:00 I was heading in my cell ( cell 2) the CO smashed my left shoulder in the door, and once I told him what the fuck is he doing he turned his face up at me. I had him call medical and asked him what his name so I can place a grievance he wouldn't tell me or let me place a grievance last night.

03/22/2024 12:19:23

How was i cleared and my shoulder still hurts and goes numb. Tylonyl is not a pain medicine. Nor was I taken to medical. My vitals was just taken and given tylonyl.

<u>Response to Grievance:</u>

03/22/2024 11:57:38   .

I spoke with medical and was informed that you were seen and cleared by a medic. I was also advised that pain medication was prescribed. I will speak with officers and remind them to be vigilant when securing doors.

<u>Respondants Name:</u> Corporal Bailey                     <u>Date:</u> 03/22/2024

CCCC00116

# Cuyahoga County Corrections Center
## Inmate Grievance/Appeal Form

**Name: THEO STUBBS**   **SO #: 0284069**        **Housing Unit: J1-10-F-02-B**

Inmate's Grievance (Only 1 issue per grievance and must be submitted within 7 days of the incident that prompted the filing of this grievance. Include names of witnesses, date and time, and your request of action):

03/19/2024 11:14:23

Officer Krotzer pushed inmate hunter trying to provoke him to assault him. He also came in with a complex issue claiming this is daycare compare to Trumbull correctional.

Response to Grievance:

03/21/2024 13:07:29

This matter has been investigated and taken care of.

Respondants Name: Corporal Bailey                    Date: 03/21/2024