**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THEO STUBBS** | ) | **CASE NO. 1:25-CV-02203** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE J. PHILIP CALABRESE** |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE REUBEN J.** |
| | ) | **SHEPERD** |
| **CORRECTION OFFICER** | ) | |
| **HARRISON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' NOTICE TO THE COURT REGARDING INITIAL DISCLOSURES**
**AND DISCOVERY CONFERENCE**

Defendants Warden Michelle Henry, Corrections Officers Harrison, Krotzer, and Jordan (hereafter collectively referred to as "Defendants"), by and through counsel, hereby respectfully submit this Notice to clarify their position regarding the Court's Case Management Order directing the parties to conduct a discovery conference and exchange initial disclosures pursuant to Rule 26(f) and Rule 26(a)(1) of the Federal Rules of Civil Procedure (ECF #16).

As this Court is aware, Plaintiff Theo Stubbs ("Plaintiff") is in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC") serving a term of imprisonment. He is currently housed at Noble Correctional Institution. Further, Plaintiff has chosen to pursue the above-captioned matter on a pro se, in forma pauperis basis.

In light of those facts, and pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(iv), this action is exempt from initial disclosure requirements because it involves a pro se plaintiff who is currently incarcerated. The rule expressly provides, "The following proceedings are exempt from initial disclosure: … (iv) an action brought without an attorney by a person in the custody of the

1

United States, a state, or a state subdivision." Additionally, under Rule 26(f)(1), the obligation to confer regarding discovery does not apply in cases exempted under Rule 26(a)(1)(B).

On February 17, 2026, Plaintiff filed his own Rule 26(f) Report of the Parties Planning Meeting ("Rule 26(f) Report"). (ECF #17). Plaintiff and counsel for the Defendants have been unable to confer, so Plaintiff's Rule 26(f) Report reflects only his own preferences. For purposes of aiding the Court and parties in planning and preparation for the Case Management Conference, currently scheduled for March 6, 2026, the Defendants are filing a Rule 26(f) Report contemporaneously with this Notice to reflect their preferences on discovery and case management for the Court's and Plaintiff's consideration.

Accordingly, Defendants are not disregarding the Court's directive, but rather seek to clarify their compliance with the Federal Rules of Civil Procedure given Plaintiff's current situation.

<div style="margin-left:45%">

Respectfully submitted,

Michael C. O'Malley, Prosecuting Attorney of Cuyahoga County, Ohio

By:  */s/ Paul M. Shipp*
Paul M. Shipp (0080794)
PShipp@prosecutor.cuyahogacounty.us
Assistant Cuyahoga County Prosecutor
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario St., 8th Floor
Cleveland, OH 44113
Phone: (216) 443-7813
Fax: (216) 443-7602

*Attorney for Defendants Henry, Harrison, Krotzer, and Jordan*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, a copy of the foregoing *Notice* was filed using the Court's CM/ECF electronic filing system. A copy of the foregoing was also served on the following party via Regular U.S. Mail to:

Theo Stubbs
Inmate No. A820129
Noble Correctional Institution
15708 McConnelsville Rd.
Caldwell, OH 43724

*Plaintiff, pro se*

/s/ Paul M. Shipp
Paul M. Shipp (0080794)
Assistant Prosecuting Attorney