In The United States District Court
Northern District of Ohio
Eastern Division

Theo Stubbs ) Case No. 1:25-CV-02203
  Plaintiff (
v. ) Judge J. Philip Calabrese
Officer Harrison, et al., )
  Defendant ( Magistrate Judge Reuben J.
) Sheperd

## Plaintiff's First Request For Production of Documents

1.) All written statements (original or copies) indentifiable reports of the incidents on March 19, 2024, March 28, 2024, and July 2, 2024.

2.) Any and all regulations, rules, policies, and/or training on securing cell doors, as well as, what to do if an inmate is injured with need of medical treatment.

3.) Any and all video footage on the date above, unredacted and/or untampered with.

4.) Any and all medical records.

5.) Any and all officer logs of the dates stated above, and/or in complaint, for defendant Harrison, Krotzer and Jordan.