Theo Stubbs #620129
N.C.I
15708 McConnelsville RD
Caldwell, Ohio 43724

COLUMBUS OH  430

6 MAR 2026  PM 6

FOREVER / USA

CALDWELL OHIO

MAR - 6 2025

43724-USPS

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113

44113-182999