# UNITED STATES DISTRICT COURT
## Northern District of Ohio

THEO STUBBS,

Plaintiff

v.

WARDEN HENRY, et al.,

Defendant

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

Case Number:  1:25-cv-02203

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Theo Stubbs | Theo Stubbs | 3/13/26 |
| /s/ Paul Shipp | Def. Henry | 3/13/26 |
| /s/ Paul Shipp | Def. Jordan | 3/13/26 |
| /s/ Paul Shipp | Def. Krotzer | 3/13/26 |
| /s/ Paul Shipp | Def. Harrison | 3/13/26 |
| | | |

# ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to  Magistrate Reuben J. Sheperd  United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S. C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____            _____

*Date*                                                                              *United States District Judge*

NOTE:        RETURN THIS FORM TO THE CLERK OF THE COURT ***ONLY IF*** ALL PARTIES
HAVE CONSENTED ***ON THIS FORM*** TO THE EXERCISE OF JURISDICTION BY
A UNITED STATES MAGISTRATE JUDGE.