IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THEO STUBBS, | ) | CASE NO. 1:25-cv-02203-JPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE J. PHILIP CALABRESE |
| v. | ) | |
| | ) | |
| WARDEN HENRY, et al., | ) | MAGISTRATE JUDGE REUBEN J. SHEPERD |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL**

Plaintiff filed a motion seeking appointment of counsel to represent him in this *in forma pauperis*, *pro se* action against Defendants. (Doc.#12). Defendants oppose Plaintiff's motion for appointment of counsel. Plaintiff claims in his motion that he is "unable to afford counsel." Doc. #12 at paragraph 1. However, Plaintiff recently settled another lawsuit and is receiving a $20,000 settlement.

Plaintiff previously filed another pro se complaint in this Court, case number 24-cv-01482, naming as Defendants Cuyahoga County Corrections Center Warden Michelle Henry, Associate Warden Kevin O'Donnell, and Reverend Givens, for alleged violations of his constitutional rights while he was a pretrial detainee at the Cuyahoga County Corrections Center. The parties to that lawsuit recently executed a settlement agreement, attached hereto as Exhibit 1. In Ex. 1, Plaintiff is to receive a $20,000 payment in exchange for dismissing his lawsuit and waiving any other claims against the named defendants and "any other former or current employees of Cuyahoga County in their individual and official capacities…arising out of the events alleged in the Lawsuit."

1

Ex. 1 at pg. 3, paragraph 4. Further, the Court in 24-cv-01482 appointed counsel for Plaintiff, attorney Kevin C. Hulick of the law firm Spangenberg, Shibley & Liber LLP. See Exhibit 2, order appointing counsel for purposes of mediation in 1:24-cv-01482. Plaintiff's request for appointed counsel in this case also specifically requests attorney Kevin C. Hulick. (Doc.#12 at paragraph 3.)

Defendants oppose the appointment of counsel for Plaintiff on the basis that he is receiving a $20,000 settlement in case 1:24-cv-01482. Defendants oppose Plaintiff's request to proceed with this litigation at taxpayer expense (*in forma pauperis*) and with taxpayer funded counsel appointed when Plaintiff now has additional assets.

<div style="margin-left:40%">

Respectfully submitted,

Michael C. O'Malley, Prosecuting Attorney of Cuyahoga County, Ohio

By:  /s/ Paul M. Shipp
Paul M. Shipp (0080794)
PShipp@prosecutor.cuyahogacounty.us
Assistant Cuyahoga County Prosecutor
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario St., 8th Floor
Cleveland, OH 44113
Phone: (216) 443-7813
Fax: (216) 443-7602

*Attorney for Defendants Henry, Harrison, Krotzer, and Jordan*

</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a copy of the foregoing *Reply Brief* was filed using the Court's CM/ECF electronic filing system. A copy of the foregoing was also served on the following party via Regular U.S. Mail to:

Theo Stubbs
Inmate No. A820129
Noble Correctional Institution
15708 McConnelsville Rd.
Caldwell, OH 43724

*Plaintiff, pro se*

<div style="text-align: right;">

*/s/ Paul M. Shipp*
Paul M. Shipp (0080794)
Assistant Prosecuting Attorney

</div>