EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THEO STUBBS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WARDEN HENRY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 1:24-cv-1482<br><br><br>MAGISTRATE JUDGE<br>JAMES E. GRIMES JR.<br><br><br>**ORDER** |

Under the Pro Bono Civil Case Protocol, Attorney Kevin C. Hulick is hereby appointed to represent Plaintiff Theo Stubbs in this case for purposes of a mediation.

The Clerk of Court shall enter the appearance of Attorney Hulick on the docket as counsel for Plaintiff.

Dated: September 2, 2025

　　　　　　　　　　　　　　　　 */s/ James E. Grimes Jr.*
　　　　　　　　　　　　　　　　James E. Grimes Jr.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge