IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THEO STUBBS, | ) | CASE NO. 1:25-cv-02203-JPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE J. PHILIP CALABRESE |
| v. | ) | |
| | ) | |
| WARDEN HENRY, et al., | ) | MAGISTRATE JUDGE REUBEN J. SHEPERD |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING
PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

Plaintiff filed a motion seeking to proceed with this action *in forma pauperis*. (Doc.#2). The Court granted Plaintiff's motion to proceed *in forma pauperis* by way of an October 16, 2025 order based upon Plaintiff's then-existing financial situation. Defendants request the Court to reconsider the granting of Plaintiff's motion to proceed *in forma pauperis* due to the changed financial circumstances of Plaintiff, namely, because Plaintiff recently settled another lawsuit and is receiving a $20,000 settlement and can now afford to pay the filing fee.

Plaintiff previously filed another pro se complaint in this Court, case number 24-cv-01482, naming as Defendants Cuyahoga County Corrections Center Warden Michelle Henry, Associate Warden Kevin O'Donnell, and Reverend Givens, for alleged violations of his constitutional rights while he was a pretrial detainee at the Cuyahoga County Corrections Center. The parties to that lawsuit recently executed a settlement agreement, attached hereto as Exhibit 1. In Ex. 1, Plaintiff is to receive a $20,000 payment in exchange for dismissing his lawsuit and waiving any other claims against the named defendants and "any other former or current employees of Cuyahoga

1

County in their individual and official capacities…arising out of the events alleged in the Lawsuit." Ex. 1 at pg. 3, paragraph 4.

A recent and similar situation arose before this Court in *Reverend Evan Regis Bunch v. Cuyahoga County, Ohio et al.,* Northern District of Ohio Case No. 1:26-cv-178. In that case, the plaintiff sought to proceed *in forma pauperis* as well. However, the Court denied the plaintiff's application and dismissed the complaint upon learning that plaintiff had received a $20,000 settlement from a separate lawsuit and did not disclose it on his application. A copy of the Court's decision and order is attached hereto as Exhibit 2.

In the present case, Plaintiff had not yet settled his separate lawsuit when filing his motion to proceed *in forma pauperis*. Thus, Plaintiff Stubbs did not fail to disclose his settlement at the time he filed his motion because it had not yet been settled. However, considering the recent change in circumstances financially for Mr. Stubbs, Defendants wanted the Court to be aware of this development and ask the Court to reconsider its decision to proceed with this litigation at taxpayer expense based on new evidence.

Defendants respectfully request the Court to reconsider Plaintiff's motion to proceed *in forma pauperis* on the basis that he is now receiving a $20,000 settlement in case 1:24-cv-01482.

Respectfully submitted,

Michael C. O'Malley, Prosecuting Attorney of Cuyahoga County, Ohio

By: */s/ Paul M. Shipp*
Paul M. Shipp (0080794)
PShipp@prosecutor.cuyahogacounty.us
Assistant Cuyahoga County Prosecutor
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario St., 8th Floor
Cleveland, OH 44113
Phone: (216) 443-7813

2

Fax: (216) 443-7602

*Attorney for Defendants Henry, Harrison, Krotzer, and Jordan*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, a copy of the foregoing *Reply Brief* was filed using the Court's CM/ECF electronic filing system. A copy of the foregoing was also served on the following party via Regular U.S. Mail to:

Theo Stubbs
Inmate No. A820129
Noble Correctional Institution
15708 McConnelsville Rd.
Caldwell, OH 43724

*Plaintiff, pro se*

/s/ Paul M. Shipp
Paul M. Shipp (0080794)
Assistant Prosecuting Attorney

3