Theo Stubb #838b30
N.C.I
15708 McConnelsville RD
Caldwell, OH 43724

COLUMBUS OH 430
27 MAR 2026PM 3 L
CALDWELL OHIO
MAR. 2
43724-USPS
FOREVER / US

Office of Clerk
United States District Court
Northern District of OH
Carl B. Stokes United States Court House
801 W. Superior Ave
Cleveland, OH 44113

44113-182999