**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISON**

| | | |
|---|---|---|
| THEO STUBBS, | ) | CASE NO. 1:25-cv-2203-RJS |
| | ) | |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| v. | ) | |
| | ) | |
| WARDEN HENRY, *et al.*, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |

The Court has issued its opinion in the above-captioned matter in a separately-filed entry. For the reasons stated in that opinion, this Court GRANTS Defendants' motion for judgment on the pleadings and DISMISSES Plaintiff Theo Stubbs' case in its entirety. The dismissal is with prejudice as to his claims of retaliation and deliberate indifference to his medical needs; the dismissal is without prejudice to refile as to his claim of unsafe conditions. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

So Ordered.

Dated: April 9, 2026

_____
REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE

1