Theo Stubbs #820129
N.C.I
15708 McConnelsville RD
Caldwell, OH 43724





Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stoker United States Court House
801 West Superior Ave
Cleveland, OH 44113