In The United States District Court
Northern District of Ohio
Eastern Division

FILED

APR 20 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Theo Stubbs
  Plaintiff

v.

Warden Henry, etal,
Defendant

Case No. 1:25-CV-02203

Judge J. Philip Calabrese

Magistrate Judge Reuben J. Sheperd

Interrogatories For Defendant Henry under Civil R. 33

1. When an inmate writes a correction officer up for the aggressive misconduct, what are the penalties for the officer? Explain.

2. If an officer has multiple write ups by inmates, do you keep that officer in the current assignment or do you change the officer assignment? Explain.

3. If an inmate is in fear of his/her saftey around a certain officer, does that offer stay on duty around that inmate? Explain.

4. How many grievances have to be filed in order for there to be an investigation on an situation? Explain.

5. Are the officers trained to be aggressive and act in a wanton manner?

6. What happens when an officer is acting in an wanton manner and be disrespectful? ~~Explain.~~ toward the inmates? Explain.

7. When there's an injury that occurred, what is the procedures the officer's need to follow.

8. Do you have officers trained to deny an inmate medical attention? Explain.

9. Why would an officer deny an inmate medical attention?

10. Are the inmates treated with respect as a human being or are they treated as a low life criminal?

11. What causes an correction officer to act recklessly toward inmates, and what is the disiplinary action taken if that officer is in fact acting recklessly toward inmates?

12. As the Warden of the facility, what is your role there? Explain.

13. Were you or were you not responsible of the daily operations of the facility, and the safety of all inmates?

14. Are the persons incarcerated at the Cuyahoga County Corrections Center identified as inmates or detainees?

15. What are the duties of the correction officers?

16. If an inmate express his/her safety concerns toward an officer, what guarantees their safety? Explain.

17. How long does an officer train before being put on a unit by themselves without any supervision?

18. Why would a Sgt. try to cover up an action by an correction officer, if that officer is in the wrong?

19. Is it okay for any employee to lie and cover up for another staff member? Explain.

20. If any staff is caught covering up a wrong doing for another staff, what are the consequence for that employee? Explain.

21. Is it acceptable for a staff to cover up for one another, even if they have knowledge of the wrong doing that's been done? Explain.

Certificate of Service

I hereby certify on April 9th, 2026, a copy of the foregoing Interrogatories for Defendants was mailed to the courts. A copy of the foregoing was also served on the following party via regular mail to:

Paul M. Shipp
Assistant Prosecuting Attorney
Cuyahoga County Prosecutor's Office
Justice Center · Court Towers
1200 Ontario St., 8th Floor
Cleveland, OH 44113

Theo Stubbs Pro Se
Theo Stubbs #820129
N. C. I
15708 McConnelsville RD
Caldwell, OH 43724