In The United States District Court
Northern District of Ohio
Eastern Division

Theo Stubbs
Plaintiff

v.

Officer Harrison, etal.,
Defendant

Case No. 1:25-CV-02203

Judge J. Philip Calabrese

Magistrate Judge Reuben J. Sheperd

FILED

APR 20 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Interrogatories For Defendant Harrison under Civil R. 33

1. What is protocal when securing the cell doors?

2. What is the protocal when you have an injured inmate?

3. What procedures were or were not not followed when the incident occured?

4. Once an inmate asks for medical, what are the proper procedures?

5. Is it up to you or your supervisors to contact medical?

6. Did you or did you not deny the plaintiff medical, when asked after he was smashed in the cell door? Explain.

7. Has the plaintiff written you up before for misconduct? If so, why?

8. Did you or your supervisor contact medical for the plaintiff? Why or why not?

9. What had taken place for you to act in a wanton manner in regards to the incident?

10. Do you have any witnesses to elaborate your claim? If so, list them by name.

11. When the injury occured, did the plaintiff give you knowledge that he was injured?

12. When the incident happened did you or did you not check on the Plaintiff before you denied him to be seen by medical staff?

13. During training, were you trained to be bias and aggressive toward inmates? Explain.

14. How could you have prevented this incident from happening?

15. What made you deny the Plaintiff medical attention?

16. Do you follow protocal, as you were trained?

17. Were you aware of the protocal of an injured inmate? If so, why wasn't protocol followed? Explain.

18. After smashing the Plaintiff, were you afraid of being disiplined by your wanton actions? Is that why you denied him medical attention? Explain.

19. Did you not care how your wanton actions affected the Plaintiff? Is that why you deliberately denied him medical attention? Explain.

20. Before you smashed the Plaintiff in the door did he do something for you to act recklessly?

21. Did the Plaintiff ever give you a hard time under your supervision? Explain.

22. What caused you to act recklessly in smashing the Plaintiff in the cell door? Explain.

23. Was it the Plaintiff that made you to act recklessly when securing the cell doors? Explain.

24. How many other inmates have you acted recklessly toward? Explain.

25. What disiplinary actions where taken for your wanton actions?

Certificate of Service

I hereby certify on April 9th, 2026, a copy of the foregoing Interrogatories for Defendants was mailed to the courts. A copy of the foregoing was also served on the following party via regular mail to:

Paul M. Shipp
Assistant Prosecuting Attorney
Cuyahoga County Prosecutor's Office
Justice Center· Court Towers
1200 Ontario St., 8th Floor
Cleveland, OH 44113

Theo Stubbs Pro Se
Theo Stubbs #820129
N. C. I
15708 McConnelsville RD
Caldwell, OH 43724